THE PEOPLE OF THE STATE OF NEW YORK ex rel. YOUNG MEN'S CHRISTIAN ASSOCIATION of the City of New York, Respondent, *v.* WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants. (Three Proceedings.)

Argued May 26, 1938; decided July 7, 1938.

*William C. Chanler*, Corporation Counsel (*Oscar S. Cox, Edward J. McGratty, Jr.*, and *Murray Sendler* of counsel), for appellants.

*George L. Allin, Joseph R. Shaughnessy* and *Henry Allen Mark* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.